UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rojo Two, LLC

    Debtor.

_____/

Chapter 11
Case Number 16-54349-mlo
Hon. Maria L. Oxholm

**DEBTOR'S MONTHLY OPERATING REPORT FOR THE PERIOD
MARCH 1, 2018 TO MARCH 31, 2018**

/s/ Aaron J. Scheinfield
Aaron J. Scheinfield (P67495)
Scott M. Kwiatkowski (P67871)
Attorneys for Debtor
4000 Town Center, Suite 1200
Southfield, MI 48075
Phone:    (248) 355-5300
Fax:     (248) 355-4644
aaron@bk-lawyer.net
scott@bk-lawyer.net

Dated: July 18, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: _____ 3/7/18 _____

In re:

**ROJO TWO, LLC,**

Debtor.

Case Number: 16-54349-tjt

Chapter 11

Hon. Thomas J. Tucker

As debtor in possession, I affirm:

1.  That I have reviewed the financial statements attached hereto, consisting of:

    _✓_ Operating Statement            (Form 2)
    _✓_ Balance Sheet                  (Form 3)
    _✓_ Summary of Operations          (Form 4)
    _✓_ Monthly Cash Statement         (Form 5)
    ___ Statement of Compensation      (Form 6)
    _✓_ Schedule of In-Force Insurance (Form 7)

    and that they have been prepared in accordance with normal and customary accounting practices,
    and fairly and accurately reflect the debtor's financial activity for the period stated;

2.  That the insurance, including workers' compensation and unemployment insurance, as described
    in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in
    effect; and, (If not, attach a written explanation)          YES_____          NO _✓_

3.  That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting
    Requirements For Chapter 11 cases are current.
    (If not, attach a written explanation)                       YES_____          NO _✓_

4.  No professional fees (attorney, accountant, etc.) have been paid without specific court
    authorization. (If not, attach a written explanation)        YES _✓_          NO_____

5.  All United States Trustee Quarterly fees have been paid and are current.
                                                                 YES _✓_          NO_____

6.  Have you filed your pre-petition tax returns.
    (If not, attach a written explanation)                       YES _✓_          NO_____

    I hereby certify, under penalty of perjury, that the information provided above and in the attached
documents is true and correct to the best of my information and belief.

Dated: _7/1/18_

_____
Debtor in Possession

_Member_                     _248-891-5702_
Title                        Phone

*Form 1*

## OPERATING STATEMENT (P&L)

Period Ending: _____7 / 7 , / 17_____

Case No:  16-54349-tjt

| | Current Month N / A | Total Since Filing |
|---|---|---|
| **Total Revenue/Sales** | | |
| **Cost of Sales** | | |
| **GROSS PROFIT** | | |
| **EXPENSES:** | | |
| **Officer Compensation** | | |
| **Salary Expenses other Employees** | | |
| **Employee Benefits & Pensions** | | |
| **Payroll Taxes** | | |
| **Other Taxes** | | |
| **Rent and Lease Expense** | | |
| **Interest Expense** | | |
| **Insurance** | | |
| **Automobile and Truck Expense** | | |
| **Utilities (gas, electric, phone)** | | |
| **Depreciation** | | |
| **Travel and Entertainment** | | |
| **Repairs and Maintenance** | | |
| **Advertising** | | |
| **Supplies, Office Expense, etc.** | | |
| **Other Specify** | | |
| **Other Specify** | | |
| **TOTAL EXPENSES:** | | |
| **NET OPERATING PROFIT/(LOSS)** | | |
| **Add:  Non-Operating Income:** Interest Income Other Income | | |
| **Less:  Non-Operating Expenses:** Professional Fees Other | | |
| **NET INCOME/(LOSS)** | N / A | |

*Form 2*

## BALANCE SHEET

Period Ending: _8/31/18_

### Case No: 16-54349-tjt

| ASSETS: | Current Month | Prior Month | At Filing |
|---|---|---|---|
| Cash: | N/A | | |
| Inventory: | | | |
| Accounts Receivables: | | | |
| Insider Receivables | | | |
| Land and Buildings: | | | |
| Furniture, Fixtures & Equip: | | | |
| Accumulated Depreciation: | | | |
| Other: | | | |
| Other: | | | |
| TOTAL ASSETS: | | | |

| LIABILITIES: | | | |
|---|---|---|---|
| Post-petition Liabilities: | | | |
| Accounts Payable: | | | |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | | | |
| Other: | | | |
| TOTAL Post-petition Liabilities | | | |

| Secured Liabilities: | | | |
|---|---|---|---|
| Subject to Post-petition | | | |
| Collateral or Financing Order | | | |
| All Other Secured Liabilities | | | |
| TOTAL Secured Liabilities | | | |

| Pre-petition Liabilities: | | | |
|---|---|---|---|
| Taxes & Other Priority Liabilities | | | |
| Unsecured Liabilities: | | | |
| Other: | | | |
| TOTAL Pre-petition Liabilities | | | |

| Equity: | | | |
|---|---|---|---|
| Owners Capital: | | | |
| Retained Earnings-Pre Petition. | | | |
| Retained Earnings-Post Petition. | | | |

TOTAL Equity:

TOTAL LIABILITIES

/AND EQUITY          N/A

*Form 3*

## SUMMARY OF OPERATIONS

Period Ended: _3 / 3 1 / 18_

Case No: 16-54349-tjt

### Schedule of Post-Petition Taxes Payable

|  | **Beginning Balance** | **Accrued/ Withheld** | **Payments/Deposits** | **Ending Balance** |
|---|---|---|---|---|
| **Income Taxes Withheld:** Federal: | N/A | | | |
| State: | | | | |
| Local: | | | | |
| **FICA Withheld:** | | | | |
| **Employers FICA:** | | | | |
| **Unemployment Tax:** Federal: | | | | |
| State: | | | | |
| **Sales, Use & Excise Taxes:** | | | | |
| **Property Taxes:** | | | | |
| **Workers' Compensation** | | | | |
| **Other:** | | | | |
| **TOTALS:** | | | | |

### AGING OF ACCOUNTS RECEIVABLE
### AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | N/A | | |
| Accounts Receivable | | | |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

_____

_____

_____

_____

_____

_____

*Form 4*

## MONTHLY CASH STATEMENT
Period Ending: ___5 / 71 / 1X___

Cash Activity Analysis (Cash Basis Only):

Case No: 16-54349-tjt

|  | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | N/A |  |  |  |  |
| B. Receipts (Attach separate schedule) |  |  |  |  |  |
| C. Balance Available (A + B) |  |  |  |  |  |
| D. Less Disbursements (Attach separate schedule) |  |  |  |  |  |
| E. ENDING BALANCE (C - D) | N/A |  |  |  |  |

**ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $_____**

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:

1. Depository Name & Location _____

2. Account Number _____

Payroll Account:

1. Depository Name & Location _____

2. Account Number _____

Tax Account:

1. Depository Name & Location _____

2. Account Number _____

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

_____

_____

Date: ___7/1/1Y___

_____
Debtor in Possession

*Form 5*

# MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: _5 / 51 /18_

Case No: 16-54349-tjt

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (<u>Attach additional pages if necessary.</u>)

Name: _____ N/A _____

Capacity: _____ Shareholder
_____ Officer
_____ Director
_____ Insider

Detailed Description of Duties: _____

_____

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | | | |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | | | |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | | | |

| CURRENT TOTAL OF ALL PAYMENTS: | Weekly | or | Monthly |
|---|---|---|---|
| | | | |

Dated: _____

_____
Principal, Officer, Director, or Insider

*Form 6*

## SCHEDULE OF IN-FORCE INSURANCE

Period Ending: _3 / 31 / 18_

Case No: 16-54349-tjt

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | N / A | |
| General Business Policy | N / A | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Form 7*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rojo Two, LLC

Debtor.

_____/

Chapter 11
Case Number 16-54349-mlo
Hon. Maria L. Oxholm

**DEBTOR'S MONTHLY OPERATING REPORT FOR THE PERIOD
APRIL 1, 2018 TO APRIL 30, 2018**

/s/ Aaron J. Scheinfield
Aaron J. Scheinfield (P67495)
Scott M. Kwiatkowski (P67871)
Attorneys for Debtor
4000 Town Center, Suite 1200
Southfield, MI 48075
Phone:     (248) 355-5300
Fax:        (248) 355-4644
aaron@bk-lawyer.net
scott@bk-lawyer.net

Dated: July 18, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: _____ 4/13/18 _____

In re:

ROJO TWO, LLC,

Debtor.

Case Number: 16-54349-tjt

Chapter 11

Hon. Thomas J. Tucker

_____/

As debtor in possession, I affirm:

1.  That I have reviewed the financial statements attached hereto, consisting of:

    _____ Operating Statement          (Form 2)
    _____ Balance Sheet                 (Form 3)
    _____ Summary of Operations         (Form 4)
    _____ Monthly Cash Statement        (Form 5)
    _____ Statement of Compensation     (Form 6)
    _____ Schedule of In-Force Insurance (Form 7)

    and that they have been prepared in accordance with normal and customary accounting practices,
    and fairly and accurately reflect the debtor's financial activity for the period stated;

2.  That the insurance, including workers' compensation and unemployment insurance, as described
    in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in
    effect; and, (If not, attach a written explanation)          YES_____        NO _✓_

3.  That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting
    Requirements For Chapter 11 cases are current.
    (If not, attach a written explanation)                       YES_____        NO _✓_

4.  No professional fees (attorney, accountant, etc.) have been paid without specific court
    authorization. (If not, attach a written explanation)        YES _✓_        NO_____

5.  All United States Trustee Quarterly fees have been paid and are current.
                                                                 YES _✓_        NO_____

6.  Have you filed your pre-petition tax returns.
    (If not, attach a written explanation)                       YES _/_        NO_____

    I hereby certify, under penalty of perjury, that the information provided above and in the attached
documents is true and correct to the best of my information and belief.

Dated: _____ 7/1/18 _____                    _____
                                             Debtor in Possession

                                             _____        _____
                                             Title                 Phone

                                                                              *Form 1*

## OPERATING STATEMENT (P&L)

Period Ending: _7/1?-18_

Case No: 16-54349-tjt

| | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | N/A | |
| Cost of Sales | | |
| GROSS PROFIT | | |
| EXPENSES: | | |
| Officer Compensation | | |
| Salary Expenses other Employees | | |
| Employee Benefits & Pensions | | |
| Payroll Taxes | | |
| Other Taxes | | |
| Rent and Lease Expense | | |
| Interest Expense | | |
| Insurance | | |
| Automobile and Truck Expense | | |
| Utilities (gas, electric, phone) | | |
| Depreciation | | |
| Travel and Entertainment | | |
| Repairs and Maintenance | | |
| Advertising | | |
| Supplies, Office Expense, etc. | | |
| Other Specify | | |
| Other Specify | | |
| TOTAL EXPENSES: | | |
| NET OPERATING PROFIT/(LOSS) | | |
| Add: Non-Operating Income: Interest Income Other Income | | |
| Less: Non-Operating Expenses: Professional Fees Other | | |
| NET INCOME/(LOSS) | N/A | |

*Form 2*

# BALANCE SHEET

Period Ending: 4/3-/18

Case No: 16-54349-tjt

| ASSETS: | Current Month | Prior Month | At Filing |
|---|---|---|---|
| Cash: | N/A | | |
| Inventory: | | | |
| Accounts Receivables: | | | |
| Insider Receivables | | | |
| Land and Buildings: | | | |
| Furniture, Fixtures & Equip: | | | |
| Accumulated Depreciation: | | | |
| Other: | | | |
| Other: | | | |
| TOTAL ASSETS: | | | |

| LIABILITIES: | | | |
|---|---|---|---|
| Post-petition Liabilities: | | | |
| Accounts Payable: | | | |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | | | |
| Other: | | | |
| TOTAL Post-petition Liabilities | | | |

| Secured Liabilities: | | | |
|---|---|---|---|
| Subject to Post-petition | | | |
| Collateral or Financing Order | | | |
| All Other Secured Liabilities | | | |
| TOTAL Secured Liabilities | | | |

| Pre-petition Liabilities: | | | |
|---|---|---|---|
| Taxes & Other Priority Liabilities | | | |
| Unsecured Liabilities: | | | |
| Other: | | | |
| TOTAL Pre-petition Liabilities | | | |

| Equity: | | | |
|---|---|---|---|
| Owners Capital: | | | |
| Retained Earnings-Pre Petition. | | | |
| Retained Earnings-Post Petition. | | | |

| TOTAL Equity: | | | |
|---|---|---|---|

| TOTAL LIABILITIES | | | |
|---|---|---|---|

| /AND EQUITY | N/A | | |
|---|---|---|---|

*Form 3*

## SUMMARY OF OPERATIONS

Period Ended: _4/3-1/8_

Case No: 16-54349-tjt

### Schedule of Post-Petition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** Federal: | N/A | | | |
| State: | | | | |
| Local: | | | | |
| **FICA Withheld:** | | | | |
| **Employers FICA:** | | | | |
| **Unemployment Tax:** Federal: | | | | |
| State: | | | | |
| **Sales, Use & Excise Taxes:** | | | | |
| **Property Taxes:** | | | | |
| **Workers' Compensation** | | | | |
| **Other:** | | | | |
| **TOTALS:** | | | | |

### AGING OF ACCOUNTS RECEIVABLE
### AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | N/A | | |
| Accounts Receivable | | | |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

_Form 4_

## MONTHLY CASH STATEMENT

Period Ending: _4/3~/18_

Cash Activity Analysis (Cash Basis Only):                          Case No: 16-54349-tjt

| | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | N/A | | | | |
| B. Receipts (Attach separate schedule) | | | | | |
| C. Balance Available (A + B) | | | | | |
| D. Less Disbursements (Attach separate schedule) | | | | | |
| E. ENDING BALANCE (C - D) | N/A | | | | |

**ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $_____**

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:

   1.  Depository Name & Location _____

   2.  Account Number _____

Payroll Account:

   1.  Depository Name & Location _____

   2.  Account Number _____

Tax Account:

   1.  Depository Name & Location _____

   2.  Account Number _____

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

_____

_____

Date: _7/1/18_                                  _____

                                  Debtor in Possession

*Form 5*

## MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: _4/13/18_

Case No: 16-54349-tjt

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (<u>Attach additional pages if necessary.</u>)

Name: _N/A_                                    Capacity:        _____ Shareholder
                                                               _____ Officer
                                                               _____ Director
                                                               _____ Insider

Detailed Description of Duties: _____

_____

| | Weekly | or | Monthly |
|---|---|---|---|
| **Current Compensation Paid:** | | | |
| | _____ | | _____ |
| **Current Benefits Paid:** | Weekly | or | Monthly |
| Health Insurance | _____ | | _____ |
| Life Insurance | _____ | | _____ |
| Retirement | _____ | | _____ |
| Company Vehicle | _____ | | _____ |
| Entertainment | _____ | | _____ |
| Travel | _____ | | _____ |
| Other Benefits | _____ | | _____ |
| Total Benefits | _____ | | _____ |
| **Current Other Payments Paid:** | Weekly | or | Monthly |
| | _____ | | _____ |
| Rent Paid | | | |
| Loans | _____ | | _____ |
| Other (Describe) | _____ | | _____ |
| Other (Describe) | _____ | | _____ |
| Other (Describe) | _____ | | _____ |
| Total Other Payments | _____ | | _____ |
| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly | or | Monthly |
| | _____ | | _____ |

Dated: _7/1/16_

_____
Principal, Officer, Director, or Insider

*Form 6*

## SCHEDULE OF IN-FORCE INSURANCE

Period Ending: _4/7?/18_

Case No: 16-54349-tjt

**INSURANCE TYPE**　　　　　**CARRIER**　　　　　　　　**EXPIRATION DATE**

Workers' Compensation　　　　_N / A_　　　　　_____

General Business Policy　　　　_N / A_　　　　　_____

_____　　　_____　　　_____

_____　　　_____　　　_____

_____　　　_____　　　_____

_____　　　_____　　　_____

_____　　　_____　　　_____

_____　　　_____　　　_____

_____　　　_____　　　_____

_____　　　_____　　　_____

_____　　　_____　　　_____

*Form 7*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rojo Two, LLC

Debtor.

_____/

Chapter 11
Case Number 16-54349-mlo
Hon. Maria L. Oxholm

**DEBTOR'S MONTHLY OPERATING REPORT FOR THE PERIOD
MAY 1, 2018 TO MAY 31, 2018**

/s/ Aaron J. Scheinfield
Aaron J. Scheinfield (P67495)
Scott M. Kwiatkowski (P67871)
Attorneys for Debtor
4000 Town Center, Suite 1200
Southfield, MI 48075
Phone:      (248) 355-5300
Fax:          (248) 355-4644
aaron@bk-lawyer.net
scott@bk-lawyer.net

Dated: July 18, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: _5 / 3 / 18_

In re:                                                          Case Number: 16-54349-tjt

**ROJO TWO, LLC,**                                             Chapter 11

Debtor.                                                         Hon. Thomas J. Tucker

_____/

As debtor in possession, I affirm:

1.  That I have reviewed the financial statements attached hereto, consisting of:

    _ʋ_ Operating Statement          (Form 2)
    _ʋ_ Balance Sheet               (Form 3)
    _ʋ_ Summary of Operations       (Form 4)
    ___ Monthly Cash Statement      (Form 5)
    ___ Statement of Compensation   (Form 6)
    _ʋ_ Schedule of In-Force Insurance (Form 7)

    and that they have been prepared in accordance with normal and customary accounting practices,
    and fairly and accurately reflect the debtor's financial activity for the period stated;

2.  That the insurance, including workers' compensation and unemployment insurance, as described
    in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in
    effect; and, (If not, attach a written explanation)          YES_____      NO _ʋ_

3.  That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting
    Requirements For Chapter 11 cases are current.
    (If not, attach a written explanation)                       YES_____      NO _ʋ_

4.  No professional fees (attorney, accountant, etc.) have been paid without specific court
    authorization. (If not, attach a written explanation)        YES _ʋ_       NO_____

5.  All United States Trustee Quarterly fees have been paid and are current.
                                                                 YES _ʋ_       NO_____
6.  Have you filed your pre-petition tax returns.
    (If not, attach a written explanation)                       YES _ʋ_       NO_____

    I hereby certify, under penalty of perjury, that the information provided above and in the attached
documents is true and correct to the best of my information and belief.

Dated: _7/1/18_                          _____
                                         Debtor in Possession

                                         _Manager_            _248-891-8702_
                                         Title                Phone

                                                              *Form 1*

## OPERATING STATEMENT (P&L)

Period Ending: _____ 5/31/18 _____

Case No: 16-54349-tjt

| | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | N/A | |
| Cost of Sales | | |
| GROSS PROFIT | | |
| EXPENSES: | | |
| Officer Compensation | | |
| Salary Expenses other Employees | | |
| Employee Benefits & Pensions | | |
| Payroll Taxes | | |
| Other Taxes | | |
| Rent and Lease Expense | | |
| Interest Expense | | |
| Insurance | | |
| Automobile and Truck Expense | | |
| Utilities (gas, electric, phone) | | |
| Depreciation | | |
| Travel and Entertainment | | |
| Repairs and Maintenance | | |
| Advertising | | |
| Supplies, Office Expense, etc. | | |
| Other Specify | | |
| Other Specify | | |
| TOTAL EXPENSES: | | |
| NET OPERATING PROFIT/(LOSS) | | |
| Add: Non-Operating Income: Interest Income | | |
| Other Income | | |
| Less: Non-Operating Expenses: Professional Fees | | |
| Other | | |
| NET INCOME/(LOSS) | N/A | |

*Form 2*

## BALANCE SHEET

Period Ending: _5 / 3, / 18_

Case No: 16-54349-tjt

|  | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| Cash: | *N/A* | | |
| Inventory: | | | |
| Accounts Receivables: | | | |
| Insider Receivables | | | |
| Land and Buildings: | | | |
| Furniture, Fixtures & Equip: | | | |
| Accumulated Depreciation: | | | |
| Other: | | | |
| Other: | | | |
| TOTAL ASSETS: | | | |
| | | | |
| **LIABILITIES:** | | | |
| Post-petition Liabilities: | | | |
| Accounts Payable: | | | |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | | | |
| Other: | | | |
| TOTAL Post-petition Liabilities | | | |
| | | | |
| Secured Liabilities: | | | |
| Subject to Post-petition | | | |
| Collateral or Financing Order | | | |
| All Other Secured Liabilities | | | |
| TOTAL Secured Liabilities | | | |
| | | | |
| Pre-petition Liabilities: | | | |
| Taxes & Other Priority Liabilities | | | |
| Unsecured Liabilities: | | | |
| Other: | | | |
| TOTAL Pre-petition Liabilities | | | |
| | | | |
| Equity: | | | |
| Owners Capital: | | | |
| Retained Earnings-Pre Petition. | | | |
| Retained Earnings-Post Petition. | | | |
| | | | |
| TOTAL Equity: | | | |
| | | | |
| TOTAL LIABILITIES | | | |
| | | | |
| /AND EQUITY | *N/A* | | |

*Form 3*

## SUMMARY OF OPERATIONS

Period Ended: _5/31/18_

### Case No: 16-54349-tjt

### Schedule of Post-Petition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | N/A | | | |
| State: | | | | |
| Local: | | | | |
| **FICA Withheld:** | | | | |
| **Employers FICA:** | | | | |
| **Unemployment Tax:** | | | | |
| Federal: | | | | |
| State: | | | | |
| **Sales, Use & Excise Taxes:** | | | | |
| **Property Taxes:** | | | | |
| **Workers' Compensation** | | | | |
| **Other:** | | | | |
| **TOTALS:** | | | | |

### AGING OF ACCOUNTS RECEIVABLE
### AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days<br>Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | N/A | | |
| Accounts Receivable | | | |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

_____
_____
_____
_____
_____

*Form 4*

## MONTHLY CASH STATEMENT

Period Ending: __5 / 21 / 18__

Cash Activity Analysis (Cash Basis Only):        Case No: 16-54349-tjt

| | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | N/A | | | | |
| B. Receipts (Attach separate schedule) | | | | | |
| C. Balance Available (A + B) | | | | | |
| D. Less Disbursements (Attach separate schedule) | | | | | |
| E. ENDING BALANCE (C − D) | N/A | | | | |

**ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $_____**

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:

   1.   Depository Name & Location _____

   2.   Account Number             _____

Payroll Account:

   1.   Depository Name & Location _____

   2.   Account Number             _____

Tax Account:

   1.   Depository Name & Location _____

   2.   Account Number             _____

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

_____

_____

Date: __7 / 1 / 18__             _____

                                       Debtor in Possession

*Form 5*

## MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: _5/31/18_

Case No: 16-54349-tjt .

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (<u>Attach additional pages if necessary.</u>)

Name:_____N/A_____ Capacity: _____ Shareholder
                                                         _____ Officer
                                                         _____ Director
                                                         _____ Insider

Detailed Description of Duties:_____
_____

| **Current Compensation Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| | | | |

| **Current Benefits Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | | | |

| **Current Other Payments Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | | | |

| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly | or | Monthly |
|---|---|---|---|
| | | | |

Dated: _7/1/18_

Principal, Officer, Director, or Insider

*Form 6*

## SCHEDULE OF IN-FORCE INSURANCE

Period Ending: 5 / 7 1 | 18

Case No: 16-54349-tjt

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
| --- | --- | --- |
| Workers' Compensation | N / A | |
| General Business Policy | N / A | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Form 7*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Rojo Two, LLC

Debtor.

_____/

Chapter 11
Case Number 16-54349-mlo
Hon. Maria L. Oxholm

### DEBTOR'S MONTHLY OPERATING REPORT FOR THE PERIOD
### JUNE 1, 2018 TO JUNE 30, 2018

/s/ Aaron J. Scheinfield
Aaron J. Scheinfield (P67495)
Scott M. Kwiatkowski (P67871)
Attorneys for Debtor
4000 Town Center, Suite 1200
Southfield, MI 48075
Phone:     (248) 355-5300
Fax:       (248) 355-4644
aaron@bk-lawyer.net
scott@bk-lawyer.net

Dated: July 18, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: _6 / 3 ~/ 18_

In re:                                                Case Number:  16-54349-tjt

**ROJO TWO, LLC,**                                    Chapter 11

    Debtor.                                     Hon. Thomas J. Tucker

_____/

As debtor in possession, I affirm:

1.  That I have reviewed the financial statements attached hereto, consisting of:

    _____✓__ Operating Statement          (Form 2)
    _____✓__ Balance Sheet                (Form 3)
    _____✓__ Summary of Operations        (Form 4)
    _____ Monthly Cash Statement        (Form 5)
    _____ Statement of Compensation     (Form 6)
    _____✓__ Schedule of In-Force Insurance (Form 7)

    and that they have been prepared in accordance with normal and customary accounting practices,
    and fairly and accurately reflect the debtor's financial activity for the period stated;

2.  That the insurance, including workers' compensation and unemployment insurance, as described
    in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in
    effect; and, (If not, attach a written explanation)          YES_____          NO __✓__

3.  That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting
    Requirements For Chapter 11 cases are current.
    (If not, attach a written explanation)          YES_____          NO __✓__

4.  No professional fees (attorney, accountant, etc.) have been paid without specific court
    authorization.  (If not, attach a written explanation)          YES__✓__          NO_____

5.  All United States Trustee Quarterly fees have been paid and are current.
                                                                 YES__✓__          NO_____

6.  Have you filed your pre-petition tax returns.
    (If not, attach a written explanation)          YES__✓__          NO_____

    I hereby certify, under penalty of perjury, that the information provided above and in the attached
documents is true and correct to the best of my information and belief.

Dated: _7/1/18_                          _____
                                         Debtor in Possession

                                         _Micq R Lu_              _2 48-78(-6 7 ~L_
                                         Title                    Phone

                                                                  *Form 1*

## OPERATING STATEMENT (P&L)
Period Ending: _6 / 3 - / 1 8_
Case No: 16-54349-tjt

| | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | N / A | |
| Cost of Sales | | |
| GROSS PROFIT | | |
| EXPENSES: | | |
| Officer Compensation | | |
| Salary Expenses other Employees | | |
| Employee Benefits & Pensions | | |
| Payroll Taxes | | |
| Other Taxes | | |
| Rent and Lease Expense | | |
| Interest Expense | | |
| Insurance | | |
| Automobile and Truck Expense | | |
| Utilities (gas, electric, phone) | | |
| Depreciation | | |
| Travel and Entertainment | | |
| Repairs and Maintenance | | |
| Advertising | | |
| Supplies, Office Expense, etc. | | |
| Other Specify | | |
| Other Specify | | |
| TOTAL EXPENSES: | | |
| NET OPERATING PROFIT/(LOSS) | | |
| Add: Non-Operating Income: Interest Income Other Income | | |
| Less: Non-Operating Expenses: Professional Fees Other | | |
| NET INCOME/(LOSS) | N / A | |

*Form 2*

# BALANCE SHEET

Period Ending: _6 / 3 - / 1 8_

Case No: 16-54349-tjt

|  | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| Cash: | _N / A_ | | |
| Inventory: | | | |
| Accounts Receivables: | | | |
| Insider Receivables | | | |
| Land and Buildings: | | | |
| Furniture, Fixtures & Equip: | | | |
| Accumulated Depreciation: | | | |
| Other: | | | |
| Other: | | | |
| **TOTAL ASSETS:** | | | |
| | | | |
| **LIABILITIES:** | | | |
| Post-petition Liabilities: | | | |
| Accounts Payable: | | | |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | | | |
| Other: | | | |
| **TOTAL Post-petition Liabilities** | | | |
| | | | |
| Secured Liabilities: | | | |
| Subject to Post-petition | | | |
| Collateral or Financing Order | | | |
| All Other Secured Liabilities | | | |
| **TOTAL Secured Liabilities** | | | |
| | | | |
| Pre-petition Liabilities: | | | |
| Taxes & Other Priority Liabilities | | | |
| Unsecured Liabilities: | | | |
| Other: | | | |
| **TOTAL Pre-petition Liabilities** | | | |
| | | | |
| Equity: | | | |
| Owners Capital: | | | |
| Retained Earnings-Pre Petition. | | | |
| Retained Earnings-Post Petition. | | | |
| | | | |
| **TOTAL Equity:** | | | |
| | | | |
| **TOTAL LIABILITIES** | | | |
| | | | |
| **/AND EQUITY** | _N / A_ | | |

*Form 3*

## SUMMARY OF OPERATIONS

Period Ended: _8/7~/18_

Case No: 16-54349-tjt

### Schedule of Post-Petition Taxes Payable

|  | Beginning Balance | Accrued/ Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** |  |  |  |  |
| Federal: | N/A |  |  |  |
| State: |  |  |  |  |
| Local: |  |  |  |  |
| **FICA Withheld:** |  |  |  |  |
| **Employers FICA:** |  |  |  |  |
| **Unemployment Tax:** |  |  |  |  |
| Federal: |  |  |  |  |
| State: |  |  |  |  |
| **Sales, Use & Excise Taxes:** |  |  |  |  |
| **Property Taxes:** |  |  |  |  |
| **Workers' Compensation** |  |  |  |  |
| **Other:** |  |  |  |  |
| **TOTALS:** |  |  |  |  |

### AGING OF ACCOUNTS RECEIVABLE
### AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | N/A |  |  |
| Accounts Receivable |  |  |  |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

_____
_____
_____
_____
_____

*Form 4*

## MONTHLY CASH STATEMENT
Period Ending: _6 / 3 . / 1 8_

Cash Activity Analysis (Cash Basis Only):

Case No: 16-54349-tjt

| | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | N/A | | | | |
| B. Receipts (Attach separate schedule) | | | | | |
| C. Balance Available (A + B) | | | | | |
| D. Less Disbursements (Attach separate schedule) | | | | | |
| E. ENDING BALANCE (C - D) | N/A | | | | |

**ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $_____**

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:

   1. Depository Name & Location _____

   2. Account Number _____

Payroll Account:

   1. Depository Name & Location _____

   2. Account Number _____

Tax Account:

   1. Depository Name & Location _____

   2. Account Number _____

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

_____

_____

Date: _7/1/18_                                     _____

                                        Debtor in Possession

*Form 5*

# MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending:  6/5-6/8

Case No: 16-54349-tjt

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name:_____ N/A _____          Capacity:    _____ Shareholder
                                               _____ Officer
                                               _____ Director
                                               _____ Insider

Detailed Description of Duties:_____

_____

| **Current Compensation Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| | | | |

| **Current Benefits Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | | | |

| **Current Other Payments Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | | | |

| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly | or | Monthly |
|---|---|---|---|
| | | | |

Dated: 7/1/18

_____
Principal, Officer, Director, or Insider

*Form 6*

## SCHEDULE OF IN-FORCE INSURANCE

Period Ending: _____6 / 3 - / / 8_____

Case No: 16-54349-tjt

.

| **INSURANCE TYPE** | **CARRIER** | **EXPIRATION DATE** |
|---|---|---|
| Workers' Compensation | N / A | |
| General Business Policy | N / A | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Form 7*